THOMAS HEIDEBRECHT
3082 PLATTE DR
COSTA MESA CA 92629

**FILED**
MAR 29 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In RE: HEIDEBRECHT, THOMAS      ) Case No.: 8:11-bk-11280-TA
                                ) Chapter 7
                                )
                                ) AMENDED NOTICE
                                ) REQUEST TO ALLOW ME TO SENT THE
                                ) TRUSTEE THE REQUEST TO DISMISS
                                ) CHAPTER 7 BANKRUPTCY CASE
                                )
         Debtor(s).             )
                                )

Dated this 3-29-2011

_____
THOMAS HEIDEBRECHT, Debtor

COMES NOW DEBTOR, THOMAS HEIDEBRECHT, REQUEST TO ALLOW ME TO SENT THE TRUSTEE THE REQUEST TO DISMISS CHAPTER 7 BANKRUPTCY CASE.

AMENDED NOTICE
REQUEST TO ALLOW ME TO SENT THE TRUSTEE THE REQUEST
TO DISMISS CHAPTER 7 BANKRUPTCY CASE

| In re: HEIDEBRECHT, THOMAS | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 8:11-bk-11280-TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described ___Amended Notice___

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:


☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On __3-29-2011__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

John M. Wolfe
5450 Trabuco Road
Irvine CA 92696
Also See Attached

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Janet Harding_

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 9013-3.1

# ACKNOWLEDGMENT

State of California
County of _____Orange_____)

(Notary public)

On  March 29, 2011  before me,  Amirmansour Heydarizanganeh
                                (insert name and title of the officer)

personally appeared  Thomas Dean Heidebrecht ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  (Seal)

AMIRMANSOUR HEYDARIZANGANEH
Commission # 1738326
Notary Public - California
Riverside County
My Comm. Expires Apr 12, 2011

Main Document    Page 4 of 9

HEIDEBRECHT  THOMAS
3082 PLATTE DR
COSTA MESA  CA  92626

U S  BANKRUPTCY TRUSTEE
411 W  4TH ST    2ND FLOOR
SANTA ANA  CA  92701

ADVANTA BANK CORP
P O  BOX 9217
OLD BETHPAGE  NY  11804-9217

AMERICAN EXPRESS
P O  BOX 981537
EL PASO  TX  79998

AMERICAN EXPRESS CENTURION BAN
C/O ZWICKER & ASSOCIATES   P C
401 PROFESSIONAL DR    STE 150
GAITHSBURG  MA  20879

AMERICAN SECURITY INSURANCE
P O  BOX 50355
ATLANTA  GA  30302

BANK OF AMERICA
P O  BOX 17054
WILMINGTON  DE  19850

BANK OF AMERICA
P O  BOX 17054
WILMINGTON
DEARBORN  19850-7054

BERMAN & RABIN  P A
15280 METCALF AVE
OVERLAND PARK  KS  66223

CAPITAL MANAGEMENT SERVICES
726 EXCHANGE ST    STE 700
BUFFALO  NY  14210

John M. Wolfe
5450 Trabuco Rd
Irvine CA 92696

CAPITAL ONE BANK USA NA
P O BOX 30281
SALT LAKE CITY  UT  84130


CARDWORKS SERVICING  LLC
P O BOX 92014
OLD BETHPAGE  NY  11804


CCS
P O BOX 779
NEEDHAM HEIGHTS  MA  02494-007


CHASE BANK ONE CARD
P O BOX 15298
WILMINGTON  DE  19850


CHASE BANK USA
800 BROOKSEDGE BLVD
WESTERVILLE  OH  43081


CHASE/BANK ONE CARD SERV
P O BOX 15298
WILMINGTON  DE  19850


CITI MORTGAGE INC
P O BOX 689196
DES MOINES  IA  50368


CITIBANK N A
701 E  60TH ST  N
SIOUX FALLS  SD  57104


CITIBANK SD NA
C/O JEFFREY N PRITZKER
110 WEST ROAD  STE 222
TOWSON  MD  21204


CITIBANK SD NA
PO BOX 6241
SIOUX FALLS  SD  571176241

CLIENT SERVICES INC
3451 HARRY TRUMAN BLVD
ST CHARLES  MO  63301-4047


CLIENT SERVICES INC
3451 HARRY TRUMAN BLVD
ST CHARLES  MO  63301-4047


COLLECTION CONSULTANTS OF CALI
6100 SAN FERNANDO RD  STE 211
GLENDALE  CA  91201


COMPTROLLER OF MARYLAND
COMPLIANCE PROGRAMS SECTION
301 W  PRESTON ST  RM 404
BALTIMORE  MD  21201


COURTYARDS AT WINTERSET HOA
C/O MICHAEL S NEALL
P O  BOX 488
ARNOLD  MD  21012


DISCOVER FINANCIAL SVC LLC
P O  BOX 15316
WILMINGTON  DE  19850-5316


ENHANCED RECOVERY CORPORATION
8014 BAYBERRY ROAD
JACKSONVILE  FL  32256-7412


FIA CARD SERVICES
C/O JAMIE B GLICK
4 RESERVOIR CIR  2ND FLOOR
BALTIMORE  MD  21208


FIRST USA
P O  BOX 15298
WILMINGTON  DE  19850

```
FST BANKCARD CNTR-OMAHA
P O  BOX 3412
OMAHA  NE  68197


GE FINANCE
P O  BOX 981284
EL PASO  TX  79998


GEMB SAMS CLUB
P O  BOX 981400
EL PASO  TX  79998


HSBC BANK
P O  BOX 5253
CAROL STREAM  IL   60197


JOHN HOPKINS PHARMAQUIP
P O  BOX 630646
BALTIMORE  MD  21263-0646


MAIN STREET AQUISITIONS
3950 JOHNS CREEK CT   STE 100
SUWANEE  GA  30024


MARGOLIS PRITZKER EPSTEIN&BLAT
110 WEST ROAD  STE 222
TOWSON  MD  21204


MORAN ROWEN & DORSEY RADIOLOGY
P O  BOX 14005
ORANGE  CA  92863-1405


NATIONAL CITY
2730 LIBERTY AVE
PITTSBURGH  PA  15222


NATIONAL ENTERPRISE SYSTEM
29125 SOLON ROAD
SOLON  OH  44139-3442
```

```
NATIONAL ENTERPRISE SYSTEMS
29125 SOLON ROAD
SOLON   OH   44139-3442


NCO FINANCIAL SYSTEMS INC
507 PRUDENTIAL ROAD
HORSHAM   PA   19044


ORANGE COUNTY PATH MED GRP
ST JOSEPH HOPS OF ORANGE
P O  BOX 2311
CHATSWORTH   CA   91313-2311


PHILLIPS & COHEN ASSOC    LTD
C/O PORTFOLIO ASSET GROUP
1002 JUSTISON STREET
WILMINGTON   DE   19801


PNC BANK
P O  BOX 108
ST LOUIS   MO   63166


PNC BANK
2730 LIBERTY AVE
PITTSBURGH   PA   15222


PROTAS SPIVOK & COLLINS   LLC
4330 EAST WEST HIGHWAY STE 900
BETHESDA   MD   20814-4454


ST   JOSEPH HOSPITAL
P O   BOX 5600
ORANGE   CA   92863-1405


UNITED RECOVERY SYSTEMS LP
P O  BOX 722929
HOUSTON   TX   77272-2929
```

```
WINTERSET UTILITIES
10176 BALTIMORE NATIONAL PIKE
SUITE 210
ELLICOTT CITY  MD  21042
```